FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN BEHRENS, Husband and BRANDIE BEHRENS, Wife,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHEVRON USA INC. and TMC Engineering Services Inc.,<br><br>　　　　　　　　Defendants. | No.　2:15-CV-00296-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 21, 2017, the parties filed a stipulated dismissal, ECF No. 43. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal, **ECF No. 43**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

1      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

2  and provide copies to all counsel.

3      **DATED** this 25th day of September 2017.

4
                    _____
5                   SALVADOR MENDOZA, JR.
                    United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20